**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK,  EASTERN DISTRICT**
Client: THE SAMUEL LAW FIRM
Address: 1441 BROADWAY, STE#6085 NEW YORK , NY 10018

| | |
|---|---|
| FIDEL HERNANDEZ GIL<br><br>**VS**<br><br>A&L II NEW YORK CORPORATION d/b/a BAGELS & CO., ET AL<br><br>*Plaintiff*<br><br>*Defendant* | Index Number: 1:25-CV-05222-LKE<br><br>Client's File No.: gil vs a&l II new york<br><br>Court Date:<br><br>Date Filed: 09/18/2025 |

**NNAMDI  ERSKINE, affirms and says:**

# AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/26/2025**, at **12:57 PM** at: **188-02 UNION TPKE , FLUSHING , NY 11366** affirmant served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT**

On: **HAIM LEVI** , Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to SANTOS DOE  (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| | | | |
|---|---|---|---|
| Gender: Male | Race: Hispanic | | Color of hair: Black |
| Age: 36-50 | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 9/29/2025 affirmant enclosed a copy of same in a postpaid envelope properly addressed to HAIM LEVI  at 188-02 UNION TPKE , FLUSHING , NY 11366 [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

I affirm on 9/29/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

NNAMDI  ERSKINE
DCA License # 1376400



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*