## UNITED STATES DISTRICT COURT
### STATE OF NEW YORK,  EASTERN DISTRICT

Attorney: THE SAMUEL LAW FIRM
Address: 1441 BROADWAY, STE#6085 NEW YORK , NY 10018

| | | |
|---|---|---|
| FIDEL HERNANDEZ GIL | | **INDEX #:** 1:25-CV-05222-LKE |
| | | **Date Filed:** 09/18/2025 |
| **vs** | *Plaintiff* | |
| A&L II NEW YORK CORPORATION d/b/a BAGELS & CO., ET AL | | **Client's File No.:** gil vs a&l II new york |
| | *Defendant* | |

## SECRETARY OF STATE - AFFIRMATION OF SERVICE

**Nathaniel Crespo**, affirms and says:

Affirmant is over the age of (18) years; affirmant is not a party herein; that on **9/30/2025**, at **12:56 PM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, affirmant served the annexed

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

on: **MEEMA N.Y. CORPORATION d/b/a BAGELS & CO.**, Defendant in this action

By delivering to and leaving with **NANCY EARLEY**  AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, affirmant paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Affirmant

further says that affirmant knew the person so served as aforesaid to be the agent in the Office of the Secretary of State

of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Gender**: Female **Race**: White **Color of hair**: Blonde **Age**: 36 - 50 Yrs. **Height**: 5ft 0in -

5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

I affirm on 10/1/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Nathaniel Crespo



Job #: 1610445

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*