**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Fidel Hernandez Gil,

                *Plaintiff,*

        *-vs.-*

A&L II New York Corporation d/b/a/
Bagels & CO., Meema N.Y. Corporation
d/b/a/ Bagels & CO., Hila Ashkenazi,
and Haim Levi,

                *Defendants.*

**DOCKET NO. 1:25-cv-05222-LKE**

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**AS TO DEFENDANT**
**HAIM LEVI**

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Fidel Hernandez Gil, and/or his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Haim Levi.

Date:  New York, New York
       October 30, 2025

                                Respectfully Submitted,

                                */s/ Michael Samuel*
                                Michael Samuel, Esq.
                                The Samuel Law Firm
                                1441 Broadway, Suite 6085
                                New York, NY 10018
                                michael@thesamuellawfirm.com
                                Tel. (646) 663-4228
                                *Attorneys for Plaintiff*