# THE SAMUEL LAW FIRM

A T T O R N E Y S  A T  L A W

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

P H O N E :  ( 2 1 2 )  5 6 3 - 9 8 8 4  |  F A X :  ( 2 1 2 )  5 6 3 - 9 8 7 0  |  michael@thesamuellawfirm.com

**MICHAEL SAMUEL**                              **December 2, 2025**                              ADMITTED IN NY

_Via ECF; Total Pages: 1_
Hon. Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**RE:**         _**Hernandez Gil v. A&L II New York Corporation et al**_
                 **Docket No. 1:25-cv-05222-LKE**

Dear Judge Eshkenazi:

    This firm represents plaintiff Fidel Hernandez Gil ("Plaintiff") in the above-referenced wage-and-hour matter.

    Pursuant to Your Honor's Order dated November 11, 2025, Plaintiff submits this status report regarding whether he intends to seek certificates of default against Defendants.

    The undersigned respectfully informs the Court that I heard from the Defendants' attorney, Emanuel Kataev, over a month ago. Counsel agreed that the Answer would be filed shortly. If no Answer is filed until December 15, 2025, the undersigned will submit a request for a Clerk's Certificate of Default on that date.

    We appreciate the Court's attention and courtesies as to this matter.

                                        Respectfully submitted,

                                        _/s/ Michael Samuel_
                                        By: Michael Samuel, Esq.
                                        The Samuel Law Firm
                                        _Attorneys for Plaintiff_