**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**HERNANDEZ GIL,**

                      **Plaintiff,**

        **-against-**

**A&L II NEW YORK CORPORATION D/B/A**
**BAGELS & CO., MEEMA N.Y. CORPORATION**
**D/B/A BAGELS & CO., HILA ASHKENAZI, and**
**HAIM LEVI,**

                    **Defendants.**

-----------------------------------------------------------------X

**Case No.: 1:25-cv-5222 (LKE)**

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. of Sage Legal LLC hereby enters his appearance as counsel for Defendants A&L II New York Corporation, Meema N.Y. Corporation, and Hila Ashkenazi.  I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
       December 16, 2025

                        Respectfully submitted,

                        **SAGE LEGAL LLC**

                        */s/ Emanuel Kataev, Esq.*
                        Emanuel Kataev, Esq.
                        18211 Jamaica Avenue
                        Jamaica, NY 11423-2327
                        (718) 412-2421 (office)
                        (917) 807-7819 (cellular)
                        (718) 489-4155 (facsimile)
                        emanuel@sagelegal.nyc

                        *Attorneys for Defendants*
                        *A&L II New York Corporation*
                        *Meema N.Y. Corporation, and*
                        *Hila Ashkenazi*

**VIA ECF**
All counsel of record