UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

HERNANDEZ GIL,

                       **Plaintiff,**                **Case No.: 1:25-cv-5222 (HG)**

        **-against-**                 **<u>NOTICE OF MOTION</u>**

A&L II NEW YORK CORPORATION D/B/A
BAGELS & CO., MEEMA N.Y. CORPORATION
D/B/A BAGELS & CO., HILA ASHKENAZI, and
HAIM LEVI,

                       **Defendant.**
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), upon the accompanying memorandum of law in support, and all the prior papers and proceedings herein, Defendants Bagels & Co., Inc. (hereinafter "Bagels" or the "Corporate Defendant") and Hila "Doe" (hereinafter "Hila" or the "Individual Defendant") (Bagels and Hila collectively hereinafter the "Defendants") will move this Court, before the Hon. Hector Gonzalez, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza, Courtroom 6A South, Brooklyn, NY 11201-1804, for an Order granting Defendants' motion dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted, or – in the alternative – dismissing all of Plaintiff's claims under federal law and declining to exercise supplemental jurisdiction over Plaintiff's pendent state law claims, and for such other and further relief as the Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE,** that based on this Court's Order dated February 2, 2026, Plaintiffs' opposition papers are due on April 17, 2026 and Defendants' reply papers in further support are due on May 1, 2026.

Dated: Jamaica, New York
      March 18, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bagels & Co., Inc. and*
*Hila "Doe"*

**VIA ECF**
The Samuel Law Firm
<u>Attn</u>: Michael Samuel, Esq.
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884

*Attorneys for Plaintiff*

2