# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 19, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Hector Gonzalez, U.S.D.J.
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, NY 11201-1832

> *Re:* **Gil v. A&L II New York Corporation,** *et al.*
> **Case No.: 1:25-cv-5222 (LKE)**

Dear Judge Gonzalez:

This firm represents the Defendants in the above-referenced case, and respectfully submits this letter in accordance with this Court's Order dated February 2, 2026 requiring Defendants to, *inter alia*, file a short letter on or before February 23, 2026, indicating whether Defendants intend to move to dismiss Plaintiff's amended complaint.[1]

Defendants respectfully so indicate that they intend to move to dismiss Plaintiff's amended complaint, as they have timely done so "yesterday" pursuant to this Court's February 2, 2026 Order.

Defendants recognize that this letter was not timely filed and is woefully late. Defendants sincerely apologize. As this Court may recall, there was a blizzard on Monday, February 23, 2026. As a result of same, your undersigned was stranded outside of the State of New York following a family vacation and did not get home until the early hours of Tuesday, February 24, 2026. <u>See</u> <u>Superb Motors Inc.</u>, *et al.* v. <u>Deo</u>, *et al.*; Case No.: 2:23-cv-6188 (JMW), ECF Docket Entry <u>423</u> ¶ 6.

In that regard, Defendants respectfully submit there was good cause and excusable neglect in Defendants' failure to earlier file the letter given the circumstances with weather-related travel delays, and respectfully request that this letter be accepted *nunc pro tunc*. <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

Defendants thank this honorable Court for its time and attention to this case.

---

[1] The Order also provided that Defendants' letter need not reiterate the legal and factual bases for Defendants' planned motion to dismiss, and that Plaintiff shall not file a responsive letter. <u>See</u> Text Only Order dated February 2, 2026.

Dated: Jamaica, New York
          March 19, 2026

                                                    Respectfully submitted,

                                                    **SAGE LEGAL LLC**

                                                    __*/s/ Emanuel Kataev, Esq.*__
                                                    Emanuel Kataev, Esq.
                                                    18211 Jamaica Avenue
                                                    Jamaica, NY 11423-2327
                                                    (718) 412-2421 (office)
                                                    (917) 807-7819 (cellular)
                                                    (718) 489-4155 (facsimile)
                                                    emanuel@sagelegal.nyc

                                                    *Attorneys for Defendants*
                                                    *Bagels & Co., Inc. and*
                                                    *Hila "Doe"*

**VIA ECF**
The Samuel Law Firm
<u>Attn</u>: Michael Samuel, Esq.
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884

*Attorneys for Plaintiff*